CHARLES H. WOODWARD, Plaintiff, *v.* THE HOLLAND MEDICINE COMPANY et al., Defendants.

FRANK L. ANDERSON, Appellant; FREDERICK HALLER, Receiver, Respondent.

*Woodard* v. *Holland Medicine Co.,* 9 App. Div. 632, appeal dismissed.
(Argued April 26, 1899; decided June 6, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 22, 1896, affirming an order ot Special Term confirming the report of a referee.

*Charles B. Wheeler* for appellant.

*Le Roy Parker* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.